June 25, 1984.

478 A.2d 131

Commonwealth v. Rose, Appellant.

■■■■

■■■ Submitted February 7, 1984.  Thomas A. Bowlen, for appellant;  Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Judgment of sentence affirmed.